NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN VERNORD CLEVELAND,<br><br>    Plaintiff,<br><br>  vs.<br><br>DR. LAM, et al.,<br><br>    Defendants. | No. C 10-05350 JF (PR)<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE COURT WITH LOCATION INFORMATION FOR UNSERVED DEFENDANT |

    Plaintiff, a prisoner currently incarcerated at the Correctional Training Facility - Soledad ("CTF"), filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983 against CTF prison officials for allegedly unconstitutional acts. The Court ordered service of Plaintiff's complaint upon the named defendants. (See Docket No. 5.) The summons for Defendant J. Chudy was returned unexecuted on March 14, 2011, with the following remark: "Subject is no longer at the facility. The facility will not accept service." (Docket No. 9.) Accordingly, Chudy has not been served.

    Although a plaintiff who is incarcerated and proceeding in forma pauperis may rely on service by the Marshal, such plaintiff "may not remain silent and do nothing to effectuate such service"; rather, "[a]t a minimum, a plaintiff should request service upon

1  the appropriate defendant and attempt to remedy any apparent defects of which [he] has
2  knowledge." Rochon v. Dawson, 828 F.2d 1107, 1110 (5th Cir. 1987).  Here, Plaintiff's
3  complaint has been pending for over 120 days, and thus, absent a showing of "good
4  cause," is subject to dismissal without prejudice. See Fed. R. Civ. P. 4(m).  Plaintiff has
5  not provided sufficient information to allow the Marshal to locate and serve Defendant
6  Chudy, and consequently Plaintiff must remedy the situation or face dismissal of his
7  claims against these defendants without prejudice. See Walker v. Sumner, 14 F.3d at
8  1421-22 (holding prisoner failed to show cause why prison official should not be
9  dismissed under Rule 4(m) where prisoner failed to show he had provided Marshal with
10 sufficient information to effectuate service).

     Accordingly, Plaintiff must provide the Court with Defendant Chudy's accurate current location such that the Marshal is able to effect service.  If Plaintiff fails to provide the Court with an accurate current location for him **within thirty (30) days** of the date this order is filed, Plaintiff's claims against Chudy will be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

     IT IS SO ORDERED.

     DATED: 4/1/11

                                           JEREMY FOGEL
                                           United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IVAN CLEVELAND,

        Plaintiff,

  v.

LAM, et al.,

        Defendants.

Case Number: CV10-05350 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  4/22/11 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ivan Vernord Cleveland H-60545
CTF-Soledad
P.O. Box 689
GW 245
Soledad, CA 93960-0689

Dated: 4/22/11

                                                Richard W. Wieking, Clerk